NATHAN COHEN *v.* ROBERT B. CRIM

The defendant's petition for certification for appeal from the Appellate Court (AC 11635) is denied.

*Robert B. Crim,* pro se, in support of the petition.

Decided February 24, 1993

STATE OF CONNECTICUT *v.* WILLIAM HAMILTON, JR.

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 68 (AC 10692), is granted, limited to the following issue:

"Did the Appellate Court improperly commingle direct appeal and collateral review standards and thereby arrive at the erroneous and harmful legal conclusion that in order to prevail on a direct appeal claim that the trial court erred in denying the defendant's motion for a continuance to obtain new counsel, the defendant must demonstrate 'specific prejudice' or claim 'ineffective assistance of counsel'?"

The Supreme Court docket number is SC 14704.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

Decided February 24, 1993

THOMAS COHN ET AL. *v.* PETER R. JOHL ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 906 (AC 10293), is denied.

*Peter R. Johl,* pro se, in support of the petition.

Decided March 4, 1993